**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **KIMYEN T. NGUYEN,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | **Civil Action No. 3:03-CV-0914-K** |
| **v.** | § | |
| | § | |
| **COMMISSIONER OF SOCIAL SECURITY,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER**

After making an independent review of the pleadings, files and records in this case, and the

Findings, Conclusions, and Recommendation of the of the United States Magistrate Judge, I am of

the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct

and are adopted as the Findings and Conclusions of the Court.

It is therefore ORDERED that the Findings, Conclusions, and Recommendation of the United

States Magistrate Judge are adopted.  Accordingly, *Plaintiff's Motion for Summary Judgment* is

**DENIED**, *Commissioner's Motion for Summary Judgment* is **GRANTED**, and the decision of the

Commissioner is wholly **AFFIRMED**.

SO ORDERED.

DATED:      October 25, 2005.

                                        s/ Ed Kinkeade
                                        ED KINKEADE
                                        UNITED STATES DISTRICT JUDGE